___

SO ORDERED,

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: May 12, 2015**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

APPLICATION FOR EXEMPTION FROM THE                MISC. NO. 79-00010-NPO
ELECTRONIC PUBLIC ACCESS FEES BY
CARLOS PARRA

## ORDER DENYING EXEMPTION
## FROM PAYMENT OF PACER USER FEES

This matter came on for consideration on the application for a "PACER Fee Exemption" submitted in the form of a letter (the "Application") (Dkt. #49) by Carlos Parra who requests an exemption from payment of fees charged for access to the Public Access to Court Records system, as set forth in the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts. Given that the Public Access and Record Management Division of the Administrative Office of the United States Courts has expressed concerns about the overly broad nature of the Application, the Court finds that the Application should be denied.

IT IS, THEREFORE, ORDERED that the Application by Carlos Parra hereby is DENIED.

##END OF ORDER##