_____

SO ORDERED,

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: July 20, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **APPLICATION FOR EXEMPTION FROM** | **MISC. FILE NO. 79-00010-NPO** |
| **THE ELECTRONIC PUBLIC ACCESS FEES** | |
| **BY KATHERINE WALDOCK** | |

### ORDER GRANTING EXEMPTION
### FROM PAYMENT OF PACER USER FEES

This matter came on for consideration on the application for a "PACER Fee Exemption" submitted in the form of a letter (the "Application") (Dkt. #62) by Katherine Waldock who requests an exemption from payment of fees charged for access to the Public Access to Court Records ("PACER") system, as set forth in the Electronic Public Access Fee Schedule ("Fee Schedule") adopted by the Judicial Conference of the United States.

The Court, having considered the Application, finds that Katherine Waldock, as an individual researcher associated with an educational institution, falls within the class of users listed in the Fee Schedule as being eligible for a fee exemption. The Court further finds that Katherine Waldock has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, the Court concludes that the Application is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Katherine Waldock, holding PACER account kw2888, shall be exempt from the payment of fees imposed for access *via* PACER to electronic case files maintained in this Court, to the extent such use is incurred in the course of ongoing academic research.

IT IS FURTHER ORDERED Katherine Waldock shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court.

IT IS FURTHER ORDERED that the following limitations apply to the fee exemption:

1. this fee exemption applies only to Katherine Waldock, PACER account kw2888, and is valid only for the purposes stated above;

2. this fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

3. by accepting this exemption, Katherine Waldock agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Katherine Waldock is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution *via* internet-based databases; and

5. this fee exemption is limited to $194 and is valid until July 10, 2017.

IT IS FURTHER ORDERED that this exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

##END OF ORDER##