___

SO ORDERED,

*[signature]*

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: December 6, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

| | |
|---|---|
| APPLICATION FOR EXEMPTION FROM THE ELECTRONIC PUBLIC ACCESS FEES BY KENNETH AYOTTE | MISC. NO. 79-00010-NPO |

**ORDER DENYING EXEMPTION**
**FROM PAYMENT OF PACER USER FEES**

This matter came on for consideration on the application submitted in the form of a letter (the "Application") (Dkt. 68) by Kenneth Ayotte ("Ayotte"), requesting an exemption from the payment of fees charged for access to the Public Access to Court Records ("PACER") system, as set forth in the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts. Ayotte seeks the exemption on behalf of himself and Jared A. Ellias. Given that the Public Access and Record Management Division of the Administrative Office of the United States Courts has expressed concerns about the overly broad scope of the exemption, the Court finds that the Application should be denied.

IT IS, THEREFORE, ORDERED that the Application is hereby denied.

##END OF ORDER##